# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *GARY S. HANN*, <br> Plaintiff, <br> vs. <br> *ROYAL PALMS MOBILE HOME PARK ET AL*, <br> Defendant. | Case No.: <br> ED CV 20-805 CBM(SHKx) <br> **ORDER RE: JUDGMENT [JS-6]** |

Pursuant to this Court's Order entered on May 21, 2021 (Docket No. 99) granting Defendant Maple Ridge Mobile Homes of California's ("MR Defendants") Motion to Dismiss, Defendants Sun Communities and Royal Palms Mobile Home Park's ("RP Defendants") Motion to Dismiss, and Defendants Access Asset Management, Adam Clarke, Jarrod Whitehorn, Dianna Borghi's and Addesh Sachdeva's ("AA Defendants") Motion to Dismiss Plaintiff Gary Hann's ("Plaintiff") Amended Complaint, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE in its entirety.

1

Plaintiff shall take nothing for his action against Defendants, and Defendants are entitled to judgment of dismissal in their favor. The Court ORDERS that such judgment for Defendants be entered.

**IT IS SO ORDERED.**

DATED: June 7, 2021

                                                                   CONSUELO B. MARSHALL
                                                                   UNITED STATES DISTRICT JUDGE